UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                :

UNITED STATES OF AMERICA
                                :

      -v.-                 S1 10 Cr. 461 (LAP)
                                :

PIERRE COFFI,
                                :

        Defendant.
                                :
- - - - - - - - - - - - - - - - - x

        The above-named defendant, who is accused of three counts of violating Title 18, United States Code, Section 1344, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.



_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:    New York, New York
         May 11, 2011

0202